

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00426-CR

Richard Able **TELLEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3176
Honorable Laura Lee Parker, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 29, 2019.

_Irene Rios_
Irene Rios, Justice

---

[1] The Honorable Raymond Angelini presided over the guilt/innocence stage of the trial, and the sentencing hearing was held before the Honorable Laura Parker.